UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODRIC JUAVON SHORTS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-3047** |
| **L.P.N. B. OUBRE, DEPUTY M. WILSON, DEPUTY C. COYLE, DEPUTY R. MORRIS, DEPUTY H. CHARLES** | **SECTION "J"(4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 24), and plaintiff's objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 25), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Rec. Doc. 17) filed by defendant B. Oubre, LPN, is **DENIED**.

**IT IS FURTHER ORDERED** that Rodric Juavon Shorts's claims of excessive force and medical indifference against the defendants, B. Oubre, LPN, Deputy M. Wilson, Deputy C. Coyle, Deputy R. Morris, and Deputy H. Charles, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 30th day of March, 2016.

_____
**UNITED STATES DISTRICT JUDGE**